AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:25-cv-00007-DII**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **360training.com, LLC d/b/a Mortgage Educators and Compliance, Inc.**
was recieved by me on   **1/03/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Neisha Gross**, who is designated by law to accept service of process on behalf of **360training.com, LLC d/b/a Mortgage Educators and Compliance, Inc.** at **211 E 7th St Ste 620, Austin, TX 78701** on **01/06/2025 at 2:58 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   01/06/2025

_____
*Server's signature*

**Andrew Swatzell**
*Printed name and title*

**1108 LAVACA ST.
STE 110 - 549
AUSTIN, TX 78701**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT,  to Neisha Gross who identified themselves as the person authorized to accept with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 35-45 years of age, 5'4"-5'6" tall and weighing 200-240 lbs.  Intake Agent at CSC**




Tracking #: **0154245026**