**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| KAREN COCHENOUR, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:25-CV-00007-DII |
| 360TRAINING.COM, INC., D/B/A MORTGAGE EDUCATORS AND COMPLIANCE, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

## [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule CV-7 of the U.S. District Court for the Western District of Texas, and having considered the Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint ("Motion") filed by Defendant 360training.com, Inc. d/b/a Mortgage Educators and Compliance, Inc., the Court **ORDERS** the Motion be **GRANTED**.

The deadline for Defendant 360training.com, Inc. to answer or otherwise respond to Plaintiff's Class Action Complaint is extended from January 27, 2025 up to and including February 26, 2025.

**SO ORDERED.**


SIGNED: This _____ day of January, 2025.


_____