# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| KAREN COCHENOUR, individually and on behalf of others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> 360TRAINING.COM, INC., D/B/A MORTGAGE EDUCATORS AND COMPLIANCE, INC., </br></br> Defendant. | Civil Action No. 1:25-CV-00007-DII |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant 360training.com, Inc., d/b/a Mortgage Educators and Compliance ("360training") states that 360Holdco, Inc. is its parent company and no publicly held corporation owns 10% or more of its stock.

Dated: February 27, 2025

Respectfully submitted,

BAKER & HOSTETLER LLP

By:  /s/ Rachel Palmer Hooper

Rachel Palmer Hooper
Texas Bar No. 24039102
811 Main Street, Suite 1100
Houston, Texas 77002
Tel: 713.646.1329
Fax: 713.751.1717
rhooper@bakerlaw.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, February 27, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ *Rachel Palmer Hooper*

4899-5118-6962.1