IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KAREN COCHENOUR, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>360TRAINING.COM, INC., D/B/A MORTGAGE EDUCATORS AND COMPLIANCE, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:25-CV-00007-RP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to Local Civil Rule CV-7 of the United States District Court for the Western District of Texas, and having considered the Joint Motion to Extend Deadline for Defendant to Respond to Complaint and Set Briefing Schedule ("Motion") filed by Plaintiff Karen Cochenour and Defendant 360training.com, Inc., the Court **ORDERS** the Motion be **GRANTED.**

The deadline for Defendant 360training.com, Inc. to respond to Plaintiff's Class Action Complaint is extended from February 26, 2025 up to and including March 5, 2025.

The Court enters the following modified briefing schedule:

1. Plaintiff shall file her response by April 9, 2025.

2. Defendant shall file its reply by April 23, 2025.

**SO ORDERED.**

SIGNED: This  27th  day of February, 2025.

Robert Pitman
U.S. District Judge

- 1 -