# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| KAREN COCHENOUR, individually and on behalf of others similarly situated, ) ) ) Plaintiff, ) ) ) v. ) ) 360TRAINING.COM, INC., D/B/A ) MORTGAGE EDUCATORS AND ) COMPLIANCE, INC., ) ) Defendant. ) | Civil Action No. 1:25-CV-00007-RP |

## NOTICE OF CONSTITUTIONAL QUESTION

To:  Pamela Bondi
     Attorney General for the United States
     U.S. Department of Justice
     950 Pennsylvania Avenue, NW
     Washington, DC 20530-0001

**PLEASE TAKE NOTICE**, pursuant to Fed. R. Civ. P. 5.1(a)(1)(A), that Defendant 360training.com, Inc., d/b/a Mortgage Educators and Compliance's Motion to Dismiss Plaintiff's Class Action Complaint questions the constitutionality of the federal Video Privacy Protection Act, 18 U.S.C. § 2710. Specifically, Defendant argues that the VPPA is an unconstitutional restraint on speech in violation of the First Amendment of the United States Constitution. A copy of Defendant's Motion to Dismiss and this Notice of Constitutional Question will be served upon the United States Attorney General.

Dated: March 5, 2025                    Respectfully submitted,

                                        */s/ Rachel Palmer Hooper*
                                        Rachel Palmer Hooper
                                        Texas Bar No. 24039102
                                        **BAKER & HOSTETLER LLP**
                                        811 Main Street, Suite 1100
                                        Houston, TX 770002
                                        Telephone: 713.751-1600
                                        Facsimile:  713-751-1717
                                        rhooper@bakerlaw.com

                                        *Attorneys for Defendant*

4935-4811-3181.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed on March 5, 2025 with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record. I further certify that a true and correct copy of the foregoing document was served via certified mail on the following:

Pamela Bondi
Attorney General for the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*/s/ Rachel Palmer Hooper*

4935-4811-3181.1