### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| **KAREN COCHENOUR,** *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,* § § § **Plaintiff,** § **V.** § § **360TRAINING.COM, INC.** *DOING BUSINESS AS* **MORTGAGE EDUCATORS AND COMPLIANCE, INC.,** § § § § **Defendant.** § | **A-25-CV-7-RP** |

### ORDER

Plaintiff filed this case on January 2, 2025, Dkt. 1, and the first defendant substantively appeared on March 5, 2025, Dkt. 10. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **May 23, 2025.**

**SIGNED** on May 9, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE