IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KAREN COCHENOUR, | § | |
| Plaintiff, | § | |
| v. | § | 1:25-CV-00007-RP |
| 360Training.COM, Inc., d/b/a MORTGAGE EDUCATORS and COMPLIANCE, INC., | § | |
| Defendant. | § | |

**PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Karen Cochenour, by and through undersigned counsel, submits this Notice of Supplemental Authority to notify this Court of the *Macalpine v. Onnit Labs, Inc.*, No. 1:24-cv-00933-DAE (W.D. Tex. May 14, 2025) decision. Plaintiff further states as follows:

1. The *Macalpine* decision involved similar Meta Pixel allegations and was issued by the Honorable David Alan Ezra on the United States District Court for the Western District of Texas. Plaintiff could not have cited this authority previously because the decision was issued on May 14, 2025, which was after the briefing had closed. A copy of the *Macalpine* opinion is attached hereto as Exhibit A.

2. In *Macalpine*, the court explained that "[e]ven assuming the 'ordinary person' standard applies here, courts have also readily found that a Facebook ID is a 'unique identifier that is enough, on its own to identify a person' for purposes of the VPPA . . . The Court finds these cases persuasive and concludes the same."

3. The court in *Macalpine* further examined the "knowing" disclosure allegations and concluded that "[t]aking the Plaintiffs allegations as true, the Court finds Plaintiffs sufficiently

allege that Defendant knowingly disclosed their PII by intentionally installing the Meta Pixel on its Website."

Dated: May 16, 2025

Respectfully submitted,

**HEDIN LLP**

*/s/ Elliot O. Jackson*
Elliot O. Jackson
Florida Bar No. 1034536
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
ejackson@hedinllp.com