IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KAREN COCHENOUR, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>360TRAINING.COM, INC., D/B/A MORTGAGE EDUCATORS AND COMPLIANCE, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 1:25-CV-00007-RP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Pursuant to Local Civil Rule CV-7 of the United States District Court for the Western District of Texas, and having considered the Opposed Motion to Stay ("Motion") filed by Defendant 360training.com, Inc., the Court **ORDERS** the Motion be **GRANTED.**

All case deadlines are stayed until this Court rules on the pending Motion to Dismiss.

**SO ORDERED.**

SIGNED: This _____ day of June, 2025.

_____
Hon. Robert Pitman