# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| KAREN COCHENOUR, § | |
|     Plaintiff, § | |
| V. § | A-25-CV-7-RP |
| § | |
| 360Training.COM, Inc., d/b/a § | |
| MORTGAGE EDUCATORS AND § | |
| COMPLIANCE, INC, § | |
|     Defendant. § | |

## ORDER

The parties' Proposed Scheduling Order (Dkt. 22) is before the court. However, the Proposed Scheduling Order is not agreed, and Defendant did not include actual dates in their proposals. The court recognizes that Defendant has filed a motion to stay. For purposes of filing the Proposed Scheduling Order, the parties should assume the motion will not be granted. If the District Judge does grant the stay, the scheduling order can be adjusted once the stay is lifted.

Accordingly, the parties are **ORDERED** to submit a revised Proposed Scheduling Order, using Judge Pitman's latest form, no later than **June 6, 2025**. The revised Proposed Scheduling Order shall utilize actual calendar dates, not dates that are determined by reference to another date. At the Initial Pretrial Conference, the court will give the parties a trial date based on their dispositive motion deadline.

**SIGNED** on May 23, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE