IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KAREN COCHENOUR, individually and on behalf of others similarly situated,<br><br> Plaintiff,<br><br>v.<br><br>360TRAINING.COM, INC., D/B/A MORTGAGE EDUCATORS AND COMPLIANCE, INC.,<br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:25-CV-00007-RP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party Defendant 360training.com, Inc., d/b/a Mortgage Educators and Compliance ("Mortgage Educators"), through counsel Baker & Hostetler LLP:

 ___ consents to having a United States Magistrate Judge preside over the trial in this case.

 **X** declines to consent to trial before a United States Magistrate Judge.

Dated: June 9, 2025           Respectfully submitted,

                 BAKER & HOSTETLER LLP

                 By: */s/ Rachel Palmer Hooper*
                    Rachel Palmer Hooper
                    Texas Bar No. 24039102
                    811 Main Street, Suite 1100
                    Houston, Texas 77002
                    Tel: 713.646.1329
                    Fax: 713.751.1717
                    rhooper@bakerlaw.com

                    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, June 9, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ *Rachel Palmer Hooper*

4897-2924-4491.1