UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Karen Cochenour | § | |
| | § | |
| vs. | § | NO:   AU:25-CV-00007-RP |
| | § | |
| 360Training.com, Inc. | § | |

# ORDER SETTING INITIAL PRETRIAL CONFERENCE

The parties, or counsel acting on their behalf, are **ORDERED** to appear for an initial pretrial conference **by telephone** on 07/23/2025 at 9:30 AM. The Court will set a trial date at the conference, so the parties must be prepared to discuss trial settings. The parties are directed to use the following dial-in information:

**Please call in 5 minutes before the hearing starts.**

1. Toll free number: (855) 244-8681
2. Access code: 2308 722 6901

Use of speaker phones is prohibited during a telephonic appearance, and use of mobile phones is discouraged due to poor audio quality. Because earlier hearings in other cases may be in progress when attorneys call in, they should mute their phones and wait for the Courtroom Deputy to call this case before they speak.

If there are questions regarding the telephonic appearance, the parties should contact courtroom deputy Stephanie Cruz at Stephanie_Cruz@txwd.uscourts.gov.

July 18, 2025

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE