# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Karen Cochenour | § | |
| | § | CRIMINAL NO: |
| vs. | § | AU:25-CV-00007-RP |
| | § | |
| 360Training.com, Inc. | § | |

## ORDER CANCELLING IPTC BY WEBEX

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **IPTC BY WEBEX on Wednesday, July 23, 2025 at 09:30 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 21st day of July, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE