IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| KAREN COCHENOUR, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>360TRAINING.COM, INC., D/B/A MORTGAGE EDUCATORS AND COMPLIANCE, INC.,<br><br>Defendant. | Civil Action No. 1:25-CV-00007-RP |

### DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant 360training.com, Inc., d/b/a Mortgage Educators and Compliance ("Mortgage Educators"), by and through its undersigned counsel, hereby gives notice of the Opinion and Order in *Pileggi v. Washington Newspaper Publishing Company, LLC*, __ F.4th __, 2025 WL 2319550 (D.C. Cir. Aug. 12, 2025) (attached hereto as Exhibit A), which supports the arguments Mortgage Educators makes in its pending Motion to Dismiss (ECF No. 10, 11, 13), and which was issued after briefing closed.

In a concurring opinion, Judge Randolph wrote that he would conclude the defendant was not a video tape service provider because "the VPPA was principally designed to target 'video stores' like the one that leaked Judge Bork's rental history," and the statute covers only "physical data formats like cassette tapes, laser discs, compact discs, and magnetic tape machines," not "today's digital world." *Id.* at *14. (Randolph, J., concurring). This supports the argument Defendant made in its briefing concerning the "video tape service provider" element of the statute, and adopting this interpretation would require dismissal because Plaintiff's claims exclusively concern digital content on a website.

Dated: August 18, 2025                    Respectfully submitted,

                                                                     BAKER & HOSTETLER LLP

                                                                     By:   */s/ Rachel Palmer Hooper*

                                                                          Rachel Palmer Hooper
                                                                          Texas Bar No. 24039102
                                                                          811 Main Street, Suite 1100
                                                                          Houston, Texas 77002
                                                                          Tel: 713.646.1329
                                                                          Fax: 713.751.1717
                                                                          rhooper@bakerlaw.com

                                                                          *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, August 18, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ *Rachel Palmer Hooper*