# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| KAREN COCHENOUR, individually and on behalf of others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>360TRAINING.COM, INC., D/B/A MORTGAGE EDUCATORS AND COMPLIANCE, INC., )<br>)<br>Defendant. ) | Civil Action No. 1:25-CV-00007-RP |

## UNOPPOSED MOTION TO EXTEND DEFENDANT'S DEADLINE TO ANSWER

Defendant 360training.com, Inc. d/b/a Mortgage Educators and Compliance ("Mortgage Educators") respectfully moves this Court to extend the time for Mortgage Educators to answer the complaint by 14 days, up to and including December 1, 2025. In support of this motion, Mortgage Educators states:

1.  On November 3, 2025, the Court denied Mortgage Educators' Motion to Dismiss. [Dkt. 37].

2.  Under Federal Rule of Civil Procedure 12(a)(4)(A), Mortgage Educators' answer is due within 14 days after the Court denied the motion, making its deadline November 17, 2025.

3.  Mortgage Educators respectfully requests an additional 14 days, up to and including December 1, 2025, to prepare and file its forthcoming answer to Plaintiff's complaint, due to defense counsel's competing deadlines in other cases.

WHEREFORE, Defendant 360training.com, Inc. respectfully requests that this Court extend the deadline for Mortgage Educators to answer the complaint by 14 days, up to and including December 1, 2025.

## CERTIFICATE OF CONFERENCE

Counsel for Mortgage Educators conferred with counsel for Plaintiff, and Plaintiff does not object to this request for relief.

Dated: November 13, 2025

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Rachel Palmer Hooper*
Rachel Palmer Hooper
Texas Bar No. 24039102
811 Main Street, Suite 1100
Houston, Texas 77002
Tel: 713.751-1600
Fax: 713.751.1717
rhooper@bakerlaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, November 13, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ *Rachel Palmer Hooper*
Rachel Palmer Hooper