IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| KAREN COCHENOUR, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | 1:25-CV-00007-RP |
| 360TRAINING.COM, INC., D/B/A MORTGAGE EDUCATORS AND COMPLIANCE, INC., | § § § § § | |
| Defendant. | § § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Karen Cochenour and Defendant 360Training.com, Inc. d/b/a Mortgage Educators and Compliance, Inc., by counsel, jointly stipulate to the dismissal of this action with prejudice.

Dated: January 6, 2026

Respectfully submitted,

**HEDIN LLP**

*/s/ Elliot O. Jackson*
Elliot O. Jackson
Florida Bar No. 1034536
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone:   (305) 357-2107
Facsimile:    (305) 200-8801
ejackson@hedinllp.com

*Attorneys for Plaintiff*

**BAKER & HOSTETLER LLP**

/s/ Rachel Palmer Hooper
Rachel Palmer Hooper

                                                    Texas Bar No. 24039102
                                                    811 Main Street, Suite 1100
                                                    Houston, Texas 77002
                                                    Tel: 713.646.1329
                                                    Fax: 713.751.1717
                                                    rhooper@bakerlaw.com

                                                    *Attorneys for Defendant*